1

2

3

4

5

6 IN THE UNITED STATES DISTRICT COURT FOR THE

7 EASTERN DISTRICT OF CALIFORNIA

8

9 RODNEY BERRYMAN, Sr.,                    )      Case No. CIV. 1:95-CV-05309-AWI
                                          )
10                        Petitioner,     )      DEATH PENALTY CASE
                                          )
11        vs.                             )      ORDER  GRANTING  PETITIONER'S
                                          )      REQUEST FOR EXTENSION TO MEET AND
12 ROBERT L. AYERS, Jr., as Warden of     )      CONFER WITH RESPONDENT AND TO FILE
   San Quentin State Prison,              )      FUNDING APPLICATION
13                                        )
                          Respondent      )
14 _____)

15        This matter is before the Court on the request of Petitioner Rodney Berryman, Sr. ("Berryman")

16 for an extension of time within which to meet and confer with Respondent Robert L. Ayers, Jr., as

17 Warden of San Quentin State Prison (the "Warden") and to file an application for funding of litigation

18 tasks as specified in the Court's July 10, 2007 order granting further evidentiary development as to

19 Claim 18. Berryman's counsel cites numerous conflicting case due dates both in federal and state court

20 as grounds for the requested extension. Berryman asks for a 10-day extension within which to meet with

21 and confer with the Warden about discovery authorized in the July 10, 2007 order and a 60-day

22 extension within which to file his funding request. Counsel for the Warden is reported to agree to a 30-

23 day extension for Berryman to file his funding request.

24        Good cause appearing therefor,

25        The extension of time requested by Berryman IS GRANTED. The following schedule shall

26 govern the litigation of this matter:

27 1.     On or before August 29, 2007, Berryman, through his counsel, and the Warden, through his

28        counsel, shall meet and confer concerning discovery authorized in the July 10, 2007 order.

OGrantExt.Ber                              1

1   2.      On or before September 12, 2007, the Warden shall file a status report concerning the parties'

2           discovery discussions and agreements.

3   3.      On or before October 23, 2007, Berryman shall file under seal a proposed case management and

4           budget plan on the automated budget forms provided by the Office of the Circuit Executive.  The

5           proposed budget shall be comprehensive and supported by a declaration over counsel's signature.

6           The Court will evaluate the proposed budget and issue an order under seal authorizing specified

7           litigation tasks.  A public order will be filed concurrently to advise the Warden of approved

8           discovery tasks.

9   4.      Within 60 days from the issuance of the funding order on Berryman's request, all investigation

10          and discovery shall be completed.

11   5.      Within 90 days from the issuance of the funding order, all supplemental declarations and/or

12          deposition transcripts shall be lodged with the Court.

14   IT IS SO ORDERED.

16   DATE:_____August 27, 2007_____

17                                       _____/s/ Anthony W. Ishii_____

                                           Anthony W. Ishii

                                   United States District Judge