IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY BERRYMAN, Sr.,<br><br>    Petitioner,<br><br> vs.<br><br>ROBERT L. AYERS, Jr., as Warden of<br>San Quentin State Prison,<br><br>    Respondent | Case No. CIV. 1:95-CV-05309-AWI<br><br>DEATH PENALTY CASE<br><br>ORDER MODIFYING PHASE IV CASE MANAGEMENT |

  This matter is before the Court on the December 13, 2007 request filed by Petitioner Rodney Berryman, Sr. ("Berryman") to modify the Court's November 7, 2007 Order Re: Phase IV Case Management in two particulars. First Berryman requests a 30 day extension within which to complete investigative interviews from January 7, 2008 to February 7, 2008. Second, he requests a 30 day extension within which to file a joint status report from February 7, 2008 to March 7, 2008 advising the Court of the results of the interview efforts. The status report will be filed jointly by Berryman and Respondent Robert L. Ayers, Jr., as Warden of San Quentin State Prison (the "Warden").

  The grounds for the requested modification are explained in the supporting declaration of Berryman's lead appointed counsel, Charles M. Bonneau. Mr. Bonneau explains that difficulty in locating aged investigation files, delay in the appointment of an investigator by the State Attorney General's Office (counsel for the Warden), and pre-scheduled vacations of both investigators have caused the delay. All parties are diligently working on establishing contacts with jurors and trial participants who can be interviewed about their observations of Berryman's trial attorney Charles Soria. Mr. Bonneau reports that Deputy Attorney General Brian Means agrees with the proposed 30 day

1  extensions. The Court is satisfied with the explanation, the parties' continued diligence, and the
2  agreement of Mr. Means.
3      For good cause shown, the Phase IV Case Management Order is modified to extend investigative
4  interviews to February 7, 2008 and the filing of the parties' joint status report concerning those
5  interviews to March 7, 2008.

7  IT IS SO ORDERED.

9  DATE:   December 17, 2007

                                             /s/ Anthony W. Ishii
                                             Anthony W. Ishii
                                          United States District Judge