IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY BERRYMAN, Sr., <br><br>               Petitioner, <br><br>  vs. <br><br>ROBERT L. AYERS, Jr., as Warden of San Quentin State Prison, <br><br>               Respondent | Case No. 1:95-cv-05309-AWI <br><br>DEATH PENALTY CASE <br><br>SECOND ORDER MODIFYING PHASE IV CASE MANAGEMENT |

       This matter is before the Court on the February 4, 2008 request filed by Petitioner Rodney Berryman, Sr. ("Berryman") for a second order modifying Court's November 7, 2007 Order Re: Phase IV Case Management. Berryman's application reports that Respondent Robert L. Ayers, Jr., as Warden of San Quentin State Prison (the "Warden") agrees with the terms of the second proposed modification. Previously, on December 17, 2007, the Court authorized a 30 day extension for the parties to complete investigative interviews from January 7, 2008 to February 7, 2008 and a 30 day extension for the parties to file a joint status report from February 7, 2008 to March 7, 2008 advising the Court of the results of the interview efforts. Berryman now requests an extension from February 7, 2008 to March 8, 2008 for the parties to complete investigative interviews, and an extension From March 7, 2008 to April 6, 2008 for the filing of the joint status report.

       Berryman reports that the investigation process has been productive, but that a few extra weeks will be necessary to make contact with the remaining potential witnesses and obtain their statements. The Court is satisfied with the explanation, the parties' continued diligence, and the agreement of

counsel for the Warden. Because April 6, 2008 falls on a Sunday, the joint status report will be due Monday, April 7, 2008.

For good cause shown, the Phase IV Case Management Order is modified to extend investigative interviews to March 8, 2008 and the filing of the parties' joint status report concerning those interviews to April 7, 2008.

IT IS SO ORDERED.

DATE:   February 15, 2008

                                                   /s/ Anthony W. Ishii
Anthony W. Ishii
United States District Judge