IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY BERRYMAN, Sr.,<br><br>                Petitioner,<br><br>   vs.<br><br>ROBERT L. AYERS, Jr., as Warden of<br>San Quentin State Prison,<br><br>                Respondent | Case No. 1:95-cv-05309-AWI<br><br>DEATH PENALTY CASE<br><br>ORDER DIRECTING PETITIONER TO<br>SCHEDULE A STATUS CONFERENCE |

      On July 10, 2007, the Court issued a Memorandum Order permitting Petitioner Rodney Berryman, Sr. ("Berryman") to make a further offer of proof concerning his claim that one of his trial attorneys, Charles Soria, slept during a substantial portion of the trial. *See Javor v. United States*, 724 F.2d 831, 833 (9th Cir. 1984). Berryman timely filed his status report on April 7, 2008. The report shows that David Armendariz, the juror who originally brought the subject of Mr. Soria's somnolence to the attention of Berryman's litigation team, cannot now say whether Mr. Soria actually was asleep, but that he observed Mr. Soria's arm slip off counsel table "several times" during penalty proceedings. None of the other four jurors interviewed recalled seeing anyone sleeping or nodding off during trial proceedings. Likewise, both the trial judge and one of the two court reporters did not observe Mr. Soria nodding off or sleeping. The trial judge stated that if he had noticed it, he would have called Mr. Soria's attention to this conduct and ensured he was awake. The court reporter admitted she wasn't always looking at the trial participants because, as at times, she was focused on her transcript. None of the other jurors or trial participants could be located (including the prosecutor). Mr. Soria himself denied he slept during the penalty phase. He is quoted as saying, "Any allegation that my head nodded as I rested on

my hand would have been nothing more than a flicker of fatigue with instantaneous alertness." Moreover, Mr. Soria wasn't handling Berryman's penalty phase. He was responsible for the guilt phase and co-counsel, George Peterson was responsible for the penalty phase. Berryman states that he requests to formally develop the record to reflect the foregoing and Respondent Robert L. Ayers, Jr., as Warden of San Queintin State Prison (the "Warden") objects.

      Berryman, through his counsel, is directed to contact the Court for the purpose of scheduling a status conference so the Court and the parties may discuss the import of Berryman's offer of proof. The Conference should be scheduled at the earliest date available on the Court's calendar and at which counsel for both parties are able to be in attendance. The Court intends for the conference to be conducted telephonically unless either of the parties presents a basis for conducting the conference in person.

IT IS SO ORDERED.

DATE:   April 7, 2008

                                            /s/ Anthony W. Ishii
                                              Anthony W. Ishii
                                          United States District Judge