1

2

3

4

5

6        IN THE UNITED STATES DISTRICT COURT FOR THE

7               EASTERN DISTRICT OF CALIFORNIA

8

9   RODNEY BERRYMAN, Sr.,              )   Case No. 1:95-cv-05309-AWI
                                       )
10                      Petitioner,    )   DEATH PENALTY CASE
                                       )
11      vs.                            )   ORDER DIRECTING SERVICE OF FACT
                                       )   WITNESS SUBPOENAS AND PAYMENT OF
12  ROBERT L. AYERS, Jr., as Warden of )   RELATED FEES BY UNITED STATE
    San Quentin State Prison,          )   MARSHAL
13                                     )
                        Respondent     )
14  _____)

15          Petitioner Rodney Berryman, Sr. ("Berryman"), a condemned inmate at San Quentin State

16  Prison, commenced this habeas corpus action in pro per on April 27, 1995.  Thereafter, the Court found

17  that Berryman satisfied the requirements for proceeding in forma pauperis and appointed CJA counsel

18  to represent him.  Berryman's indigent status has not changed since the appointment of counsel in 1995.

19          On August 28, 2008, the Court authorized Berryman's appointed CJA counsel, Charles M.

20  Bonneau and Jessie Morris, Jr., to conduct the depositions of fact witnesses David Armendariz and

21  George Peterson.  Pursuant to 28 U.S.C. § 1825(b), the United States Marshal is directed to serve the

22  subpoenas on these two fact witnesses as well as to pay all related fees and expenses associated with

23  eliciting the testimony of these witnesses.  *See also*; Guide to Judiciary Policies and Procedures, Vol.

24  VII, § 3.13 (B).

25  IT IS SO ORDERED.

26  DATE:   December 5, 2008

27                                          /s/ Anthony W. Ishii
                                            Anthony W. Ishii
                                            United States District Judge
28

95dp5309.O2DOJReDepoFees4FactWitness.Ber.wpd