IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY BERRYMAN, Sr.,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>ROBERT WONG, as Acting Warden of<br>San Quentin State Prison,<br><br>　　　　Respondent | Case No. 1:95-cv-05309-AWI<br><br>DEATH PENALTY CASE<br><br>ORDER FOLLOWING CONFIDENTIAL<br>STATUS CONFERENCE<br><br>HEARING DATE: December 17, 2008<br>TIME: 11:00 a.m. |

　　　On several occasions during the course of the litigation of this case, Petitioner Rodney Berryman, Sr. ("Berryman"), has submitted pro se filings, filed and maintained under seal, seeking to have court-appointed counsel relieved on the basis of alleged irreconcilable disagreements over the conduct of the litigation. Following a resurgence of correspondence from Berryman, the Court appointed Assistant Federal Defender Joseph Schlesinger as independent counsel, to examine the disagreement and to advise the Court as necessary.

　　　In ex parte proceedings conducted on December 17, 2008, Mr. Schlesinger requested authority under Rule 6 of the Rules Governing Section 2254 Cases in the United States District Courts, to issue a subpoena duces tecum for reports, evidence, and other materials in the possession of the Kern County Sheriff-Coroner. The request is supported by an adequate showing of need to examine such materials in furtherance of the court-ordered inquiry. The Court granted the request for authorization under Rule 6 during the proceedings conducted on December 17, 2008, and hereby confirms that authorization, entering this public order for the benefit of Respondent Robert Wong, as Acting Warden of San Quentin

95dp5309.OFollConfStatusConf.Ber.wpd

1  State Prison (the "Warden:) as well as the Kern County Sheriff-Coroner to clarify Mr. Schlesinger's role
2  and authority .

3      The Court does not anticipate that Mr. Schlesinger's activities will impact the schedule for the
4  continued litigation of Claim 19, and orders the depositions of David Armendariz and George Peterson
5  to proceed as scheduled.  Mr. Schlesinger will file a confidential status report to apprise the Court of his
6  progress in examining the potential conflict between Berryman and appointed counsel within the time
7  agreed upon at the December 17, 2008 hearing.  The Court has determined that no further notice to the
8  Warden is necessary or appropriate at this time.  In the event future potential actions necessitate notice
9  to the Warden and opportunity to be heard, the Court will provide such notice and opportunity.

10

11 IT IS SO ORDERED.

12 DATE:    January 6, 2009

            /s/ Anthony W. Ishii
13              Anthony W. Ishii
            United States District Judge

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

95dp5309.OFollConfStatusConf.Ber.wpd