IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY BERRYMAN, Sr.,<br><br>               Petitioner,<br><br>  vs.<br><br>ROBERT WONG, as Acting Warden of<br>San Quentin State Prison,<br><br>               Respondent | Case No. 1:95-cv-05309-AWI<br><br>DEATH PENALTY CASE<br><br>ORDER SETTING SCHEDULING<br>CONFERENCE FOR FINAL BRIEFING OF<br>CLAIM 18<br><br>HEARING DATE: February 18, 2009<br>TIME: 2:00 p.m. |

On February 4, 2009, Charles M. Bonneau, lead counsel for Petitioner Rodney Berryman, Sr. ("Berryman"), filed a declaration advising the Court he has completed conducting depositions relevant to the remaining unresolved claim in the petition, Claim 18. The evidence for Claim 18 having been developed, Berryman is in a position to present that evidence to the Court and advance any supporting points and authorities. The Court establishes February 18, 2009, at 2:00 p.m. as the time for addressing a briefing schedule for final arguments to be filed by Berryman and Respondent Robert Wong, as Acting Warden of San Quentin State Prison. Mr. Bonneau is directed to arrange for and initiate the conference call to the Court.

IT IS SO ORDERED.

DATE:   February 5, 2009

                                                /s/ Anthony W. Ishii
                                              Anthony W. Ishii
                                        United States District Judge

95dp05309.OSetSchConf.Ber.wpd