1

2

3

4

5

6            IN THE UNITED STATES DISTRICT COURT FOR THE

7                    EASTERN DISTRICT OF CALIFORNIA

8

9    RODNEY BERRYMAN, Sr.,              )    Case No. 1:95-cv-05309-AWI
                                        )
10                       Petitioner,    )    DEATH PENALTY CASE
                                        )
11   vs.                                )    ORDER DIRECTING THE MARSHALL TO
                                        )    PAY DEPOSITION EXPENSES FOR FACT
12   ROBERT K. WONG, as Acting Warden of )   WITNESSES
     San Quentin State Prison,          )
13                                      )
                         Respondent     )
14   _____)

15          On August 27, 2008, this Court entered an order approving the request of Petitioner Rodney

16   Berryman, Sr. ("Berryman") to conduct the third-party depositions of Juror David Armendariz and trial

17   counsel George Peterson. Berryman. On February 4, 2009, CJA appointed counsel Charles M. Bonneau

18   filed a declaration advising the Court that the depositions of Mr. Armendariz and Mr. Peterson had been

19   completed.  Under the Guide to Judiciary Policies and Procedures, Volume VII, § 3.13(B), the United

20   States Marshal for the District pays for fact witness depositions noticed and conducted by a habeas

21   petitioner. *See also*, 28 U.S.C. § 1825(b).

22          In light of the completion of two fact-witness depositions conducted by Berryman's litigation

23   team, the United States Marshall for the Eastern District is directed to pay the transcription and related

24   fees associated with the depositions.

25   IT IS SO ORDERED.

26   DATE:    April 28, 2009

27                                          _____
                                                   /s/ Anthony W. Ishii
28                                                 Anthony W. Ishii
                                               United States District Judge