1

2

3

4

5

6                      IN THE UNITED STATES DISTRICT COURT FOR THE

7                            EASTERN DISTRICT OF CALIFORNIA

8

9    RODNEY BERRYMAN, Sr.,                )   Case No. 1:95-cv-05309-AWI
                                          )
10                       Petitioner,      )   <u>DEATH</u> <u>PENALTY</u> <u>CASE</u>
                                          )
11        vs.                             )   ORDER REFERRING CASE TO SELECTION
                                          )   BOARD OF THE EASTERN DISTRICT OF
12   ROBERT K. WONG, as Acting Warden of  )   CALIFORNIA
     San Quentin State Prison,            )
13                                        )
                         Respondent       )
14   _____)

15        This matter is before the Court on the request of Charles M. Bonneau and Jessie Morris, Jr.,

16   counsel of record for Petitioner Rodney Berryman, Sr. ("Berryman") to have  their CJA appointment in

17   this case terminated upon the filing of Berryman's Notice of Appeal anticipated for February 12, 2010.

18   The reason cited by Messrs. Bonneau and Morris for terminating their appointment is a breakdown in

19   communication with Berryman.

20        FOR GOOD CAUSE, this case is referred to the Selection Board of the Eastern District of

21   California to locate qualified and available counsel to represent Berryman in connection with this case

22   and any appeal that may be taken from the final order issued January 15, 2010 and the January 22, 2010

23   modification of that order.

24   IT IS SO ORDERED.

25

26   DATE:    February 1, 2010

27                                                   /s/ Anthony W. Ishii
                                                      Anthony W. Ishii
                                                  United States District Judge
28

     95dp5309.ORefCase2EDCalSelectionBd.Ber.wpd