IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RODNEY BERRYMAN, Sr., | ) | Case No. 1:95-cv-05309-AWI |
| Petitioner, | ) | <u>DEATH</u> <u>PENALTY</u> <u>CASE</u> |
| | ) | |
| vs. | ) | ORDER REFERRING CASE TO SELECTION |
| | ) | BOARD OF THE EASTERN DISTRICT OF |
| ROBERT K. WONG, as Acting Warden of | ) | CALIFORNIA |
| San Quentin State Prison, | ) | |
| | ) | |
| Respondent | ) | |

This matter is before the Court on the request of Charles M. Bonneau and Jessie Morris, Jr., counsel of record for Petitioner Rodney Berryman, Sr. ("Berryman") to have their CJA appointment in this case terminated upon the filing of Berryman's Notice of Appeal anticipated for February 12, 2010. The reason cited by Messrs. Bonneau and Morris for terminating their appointment is a breakdown in communication with Berryman.

FOR GOOD CAUSE, this case is referred to the Selection Board of the Eastern District of California to locate qualified and available counsel to represent Berryman in connection with this case and any appeal that may be taken from the final order issued January 15, 2010 and the January 22, 2010 modification of that order.

IT IS SO ORDERED.

DATE:____February 1, 2010____

_____
/s/ Anthony W. Ishii
Anthony W. Ishii
United States District Judge

95dp5309.ORefCase2EDCalSelectionBd.Ber.wpd