IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY BERRYMAN, Sr.,<br><br>          Petitioner,<br><br>    vs.<br><br>VINCENT CULLEN, as Acting Warden of<br>San Quentin State Prison, *<br><br>          Respondent | Case No. 1:95-cv-05309-AWI<br><br>DEATH PENALTY CASE<br><br>ORDER APPOINTING COUNSEL |

On January 15, 2010, judgment was entered in this action following the denial of all relief requested in the petition of Rodney Berryman, Sr. ("Berryman") for a writ of habeas corpus. On January 22, 2010, the Court entered an order modifying the final order. Berryman's counsel of record, Charles M. Bonneau and Jessie Morris, Jr., filed an ex parte request on January 28, 2010 to have their CJA appointment in this case terminated and substitute counsel appointed. On February 2, 2010, the Court referred this case to the Selection Board for the Eastern District of California to locate qualified and available counsel to represent Berryman further in this case and any appeal taken from the judgment. The next day, February 3, 2010, Mr. Bonneau, on behalf of Berryman, filed a Notice of Appeal with the Ninth Circuit Court of Appeals. In a letter dated February 19, 2010, the Selection Board has recommended two CJA attorneys to represent Berryman: Saor E. Stetler and Tim Brosnan. Both Messrs. Stetler and Brosnan have considerable capital habeas corpus experience in California cases, including in the Eastern District.

---

    * Vincent Cullen is substituted for his predecessor, Robert K. Wong, as Acting Warden of San Quentin State Prison pursuant to Federal Rule of Civil Procedure 25(d).

FOR GOOD CAUSE, Saor E. Stetler and Tim Brosnan are appointed to represent Berryman in all further proceedings before this Court. Messrs. Stetler and Brosnan are directed to complete a rate justification worksheet. The worksheet can be found in Appendix A to the Court's Attorney Guide for Budgeting Capital Habeas Corpus Cases. The Attorney Guide is available on the Court's web site at, www.caed.uscourts.gov/caed.gov, under Fresno, Attorney Info, Forms, Case Management and Budgeting in Capital Habeas Cases. Counsel should attach completed worksheets to their application (joint or respective) to assign a compensation rate. In assigning a compensation rate, the Court will be guided by the Judicial Council of the Ninth Circuit Amended CJA Capital Habeas Costs Policy (January 2010). The CJA Costs Policy also is available on the Court's web site under Fresno, Attorney Info, Forms, CJA.

IT IS SO ORDERED.

DATE: February 22, 2010

/s/ Anthony W. Ishii
Anthony W. Ishii
United States District Judge

95dp5309.OApptgCounsel4Appeal.Ber.wpd            2