IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY BERRYMAN, Sr.,<br><br>         Petitioner,<br><br>   vs.<br><br>VINCENT CULLEN, as Warden of San Quentin State Prison,<br><br>         Respondent. | Case No. 1:95-cv-05309-AWI<br><br>DEATH PENALTY CASE<br><br>ORDER GRANTING REQUEST OF PETITIONER'S COUNSEL FOR ACCESS TO AND COPIES OF SEALED DOCUMENTS |

   This matter is before the Court on the ex parte request of appointed CJA counsel for Petitioner Rodney Berryman, Sr. ("Berryman") for access to and copies of all sealed documents in the Court's file or which Court staff may possess relating to communications originating from or responding to Berryman in the course of the litigation in this case.  The request includes communications prepared by his prior appointed CJA attorneys, Charles M. Bonneau and Jessie Morris, Jr. as well as independent, special counsel Assistant Federal Defender Joseph Schlesinger.  Berryman's current CJA counsel, Tim Brosnan represents that the present request is unopposed by counsel for Respondent Vincent Cullen, as Warden of San Quentin State Prison.

   FOR GOOD CAUSE SHOWN, the request of Berryman's appointed attorneys is granted.

IT IS SO ORDERED.

DATE:   October 14, 2010

                                                                    /s/ Anthony W. Ishii
                                                                    Anthony W. Ishii
                                                                    United States District Judge

95d05309.OGrantPetnrReq4Access2SealedDocs.Ber.wpd