IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY BERRYMAN, Sr., <br><br>              Petitioner, <br><br>  vs. <br><br>VINCE CULLEN, as Warden of San Quentin State Prison, <br><br>              Respondent. | Case No. 1:95-cv-05309-AWI <br><br><u>DEATH PENALTY CASE</u> <br><br>ORDER GRANTING REQUEST OF PETITIONER'S COUNSEL FOR HEARING TRANSCRIPTS |

This matter is before the Court on the ex parte request of appointed CJA counsel for Petitioner Rodney Berryman, Sr. ("Berryman") for specified hearing transcripts, as follows:

1.  Ex parte, confidential hearing on March 6, 2002, reported by Gail Thomas;

2.  Ex parte, confidential hearing on September 25, 2008, reported by Peggy Crawford;

3.  Ex parte, confidential hearing on December 17, 2008, reported by Gail Thomas; and

4.  Noticed hearing on February 18, 2009, reported by Peggy Crawford, including confidential portions, if any.

On October 15, 2010, the Court issued an order granting counsel access to and copies of all sealed documents in the Court's file (the non-sealed documents being accessible without order). The present request is a logical and appropriate follow-up of the prior order. Co-counsel, Tim Brosnan, represents that this request is unopposed by counsel for Respondent Vince Cullen, as Warden of San Quentin State Prison.

95dp5309.OGrantPetnrReq4HrgTranscripts.Ber.wpd

FOR GOOD CAUSE SHOWN, the request of Berryman's appointed counsel for hearing transcripts of the specified hearings is granted. Court reporter fees should be billed to the Court on CJA-24 vouchers.

IT IS SO ORDERED.

DATE:   January 3, 2011

/s/ Anthony W. Ishii
Anthony W. Ishii
United States District Judge