UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY BERRYMAN,<br><br>  Petitioner,<br><br>  v.<br><br>TRAVIS PENNINGTON, Acting Warden of California Institution for Men at Chino,<br><br>  Respondent.[1] | Case No. 1:95-cv-05309-JLT<br><br>DEATH PENALTY CASE<br><br>ORDER APPOINTING REPLACEMENT COUNSEL |

Before the Court is the District Selection Board's recommendation of counsel to replace appointed Criminal Justice Act[2] co-counsel Tim Brosnan and Saor Stetler, both of whom recently withdrew from representing Petitioner in the case.

The facts of the case, as reflected in the Court's docket, are summarized below.

In 1988, Petitioner was convicted by a Kern County, California jury of first-degree murder and rape and sentenced to death. The California Supreme Court affirmed Petitioner's conviction and sentence in 1993 and denied his state petition for writ of habeas corpus.

In 1995, Petitioner began habeas corpus proceedings in this Court pursuant to 28 U.S.C.

---

[1] In light of Petitioner's recent transfer to the California Institution for Men at Chino, Travis Pennington, Acting Warden, is substituted as Respondent. Fed. R. Civ. P. 25(d).
[2] Criminal Justice Act of 1964, as amended, 18 U.S.C. § 3006A.

1

§ 2254. In 2010, the Court denied Petitioner's first amended § 2254 petition for writ of habeas corpus, issued a certificate of appealability as to one of his claims, and entered judgment thereon.  Later that same year, the Court appointed CJA co-counsel Brosnan and Stetler to represent Petitioner in all further proceedings before the Court. In 2020, the Ninth Circuit Court of Appeals affirmed the Court's denial of Petitioner's first amended § 2254 petition. In 2021, the Supreme Court denied certiorari.

On April 29, 2024, the Court granted a motion to withdraw by CJA co-counsel Brosnan and Stetler and referred to the District's Selection Board the matter of recommending suitable replacement counsel. On June 28, 2024, the Selection Board recommended that the Court appoint the Federal Defender's Office for the District of Arizona to the whole of the case. The Court will adopt the recommendation of the Selection Board.  Thus, the Court **ORDERS**:

1. The Office of the Federal Defender for the District of Arizona is appointed as counsel to represent Petitioner in the whole of the case and for all purposes pursuant to 18 U.S.C. § 3599.  *See* Local Rule 191(c).

2. The Clerk of the Court is directed to file under seal the Selection Board's June 28, 2024 letter to the Court.

3. The Clerk of the Court is directed to serve copies of this order on (1) Jon M. Sands, Federal Defender, District of Arizona, 850 West Adams Street, Suite 201, Phoenix, AZ 85007, (ph) 602-382-2700, (fax.) 602-382-2800, (email) Jon_Sands@fd.org, (2) Therese Day, Supervisor Capital Habeas Unit, 850 West Adams Street, Suite 201, Phoenix, AZ 85007, (ph) 602-382-2700, (fax.) 602-382-2800, (email) Therese_Day@fd.org, (3) Travis Pennington, Acting Warden of the California Institution for Men, Chino, CA 91710, and (4) Brian Means, Deputy Attorney General.

4. Counsel for Petitioner shall provide him with a copy of this order.

IT IS SO ORDERED.

Dated:  **July 10, 2024**

UNITED STATES DISTRICT JUDGE