UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY BERRYMAN,<br><br>Petitioner,<br><br>v.<br><br>TRAVIS PENNINGTON, Acting Warden of California Institution for Men at Chino,<br><br>Respondent.[1] | Case No. 1:95-cv-05309-JLT<br><br>DEATH PENALTY CASE<br><br>ORDER GRANTING UNOPPOSED MOTION OF PETITIONER'S COUNSEL FOR ACCESS TO AND COPIES OF RECORDS IN THE SEALED AND PUBLIC DOCKET |

Appointed counsel for Petitioner Rodney Berryman, the Federal Public Defender for the District of Arizona through Assistant Federal Public Defender Jessica Salyers, moves for access to and copies of all sealed documents and certain specified documents in the Court's docket that are not sealed but unavailable to counsel. (Doc. 517.) Ms. Salyers represents that she has conferred with counsel for Respondent who indicated no objection to the instant motion. (*Id.* at 8.) For good cause shown, the motion (Doc. 517) is GRANTED.

IT IS SO ORDERED.

Dated:   **June 25, 2025**

*/s/ Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE

---

[1] In light of Petitioner's transfer to the California Institution for Men at Chino, Travis Pennington, Acting Warden, is substituted as Respondent. Fed. R. Civ. P. 25(d).